UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.  § | CRIMINAL NO. **4:23-cr-00305** |
| § | |
| ANTHONY ANDERSON, AND § | |
| CAVONDRE AKENS § | |
| Defendants § | |

**INDICTMENT**

THE GRAND JURY CHARGES THAT:

**INTRODUCTION**

At all times material to this Indictment, Facebook Marketplace is owned by Meta Platforms, Inc., whose headquarters are located in Menlo Park, California. Additionally, Facebook Marketplace and Meta Platforms, Inc. are platforms for communication and the sale and purchase of commodities throughout the United States, all of which affects interstate commerce.

**COUNT ONE**

Title 18, United States Code, § 1951(a)
Interference with Commerce by Robbery

On or about November 11, 2022, in the Houston Division of the Southern District of Texas,

**ANTHONY ANDERSON**

aiding and abetting each other, did knowingly and intentionally obstruct, delay, and affect interstate commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, §§ 1951(b)(1) and (b)(3), in that the defendants did unlawfully take and obtain property, which was in the possession and custody of J.G., namely, United States currency, by means of actual and threatened force, violence, and fear of injury to those in lawful possession of those items, in violation of Title 18, United States Code, §§ 1951(a) and 2.

## COUNT TWO

Title 18, United States Code, § 924(c)(1)(A)
Using and Carrying a Firearm during and in
Relation to a Crime of Violence

On or about November 11, 2022, in the Houston Division of the Southern District of Texas,

**ANTHONY ANDERSON**

aiding and abetting each other, did knowingly carry, and display a firearm, namely, a

handgun, during and in relation to a crime of violence for which they may be prosecuted in a court of the

United States, that being Interference with Commerce by Robbery, in violation of Title 18, United States

Code, § 924(c)(1)(A)(ii).

## COUNT THREE

Title 18, United States Code, § 1951(a)
Interference with Commerce by Robbery

On or about November 13, 2022, in the Houston Division of the Southern District of Texas,

**ANTHONY ANDERSON AND
CAVONDRE AKENS**

defendants herein, aiding and abetting each other, did knowingly and intentionally obstruct, delay, and affect interstate commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, §§ 1951(b)(1) and (b)(3), in that the defendants did unlawfully take and obtain property, which was in the possession and custody of K.S., namely, United States currency and an iPhone, by means of actual and threatened force, violence, and fear of injury to those in lawful possession of those items, in violation of Title 18, United States Code, §§ 1951(a) and 2.

## COUNT FOUR

Title 18, United States Code, § 924(c)(1)(A)
Using and Carrying a Firearm during and in
Relation to a Crime of Violence

On or about November 13, 2022, in the Houston Division of the Southern District of Texas,

**ANTHONY ANDERSON AND
CAVONDRE AKENS**

defendants herein, aiding and abetting each other, did knowingly carry, and display a firearm, namely, a handgun, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, that being Interference with Commerce by Robbery, in violation of Title 18, United States Code, § 924(c)(1)(A)(ii).

A TRUE BILL:

*Original Signature on File*
FOREMAN OF THE GRAND JURY

ALAMDAR HAMDANI
United States Attorney

BY: *Lisa M. Collins*
Lisa M. Collins
Assistant United States Attorney